IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| STEVEN ENG, | ) | CV 18-00282 LEK-KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY; KUKUI PLAZA ASSOCIATION AOAO; SHERIFF OFFICER TOMMY CAYETANO; JOHN DOES 1-10; JANE DOES 1-10; DOE ASSOCIATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and DOE GOVERNMENTAL AGENCIES 1-10, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on May 02, 2022, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Dismiss Plaintiff Steven Eng's Claims Against Defendant Tommy Cayetano", ECF No. 138, are adopted as the opinion and order of this Court.

There being no remaining claims in this case, the Clerk's Office is DIRECTED to close the case immediately.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, May 20, 2022.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge